[Crim. No. 4325.   In Bank.—February 18, 1941.]

THE PEOPLE, Respondent, v. JOHN THURMAN, Appellant.

Albert D. Trujillo and Charles D. Warner for Appellant.

Earl Warren, Attorney-General, and Frank Richards, Deputy Attorney-General, for Respondent.

THE COURT.—The case of *People* v. *Reed, ante,* p. 405 [110 Pac. (2d) 394], this day decided, completely disposes of all issues involved herein.   On the authority thereof the judgment and order of the trial court are affirmed.